# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN KERRY O'KEEFE,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JACQUELINE M. BLUTH, DISTRICT
JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 85141

FILED

SEP 1 5 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR A WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus seeks the reversal of a district court "Order Denying Defendant's Motion for Relief from Judgment or Order Pursuant to Rule 60 of the Nevada Rules of Civil Procedure Based on New and Equitable Rules of Law Filed 10/2/2015."

This court has original jurisdiction to issue writs of mandamus and the issuance of such extraordinary relief is within this court's sole discretion. *See* Nev. Const. art. 6, § 4; *D.R. Horton, Inc. v. Eighth Judicial Dist. Court*, 123 Nev. 468, 474-75, 168 P.3d 731, 736-37 (2007). Petitioner bears the burden to show that extraordinary relief is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Having considered the petition and supporting documentation, we conclude that petitioner has failed to demonstrate our intervention by extraordinary writ is warranted.

SUPREME COURT
OF
NEVADA

(O) 1947A

22-28877

Therefore, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:   Hon. Jacqueline M. Bluth, District Judge
      Brian Kerry O'Keefe
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk